**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 21, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00703-CV

---

## IN RE LENNIE JACKSON INDIVIDUAL AND DERIVATIVE ON BEHALF OF BLENTERPISELLC, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
189th District Court
Harris County, Texas
Trial Court Cause No. 2017-86141**

---

## MEMORANDUM OPINION

On Friday, August 10, 2018, relator "Lennie Jackson Individual and Derivative on behalf of BLEnterpiseLLC" filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator complains of the Home Equity Foreclosure Order signed on June 29, 2018, by the Honorable Bill Burke, presiding judge of the 189th District Court of Harris County. Relator contends Judge Burke abused his discretion

in signing the order without allowing relator to intervene in the proceeding. Alternative, relator contends the order is void.

Relator has not shown he is entitled to mandamus relief. Accordingly, we deny the petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.